354 A.2d 250

**COMMONWEALTH of Pennsylvania**

v.

**O'Neal WEATHERS EL, Appellant.**

Supreme Court of Pennsylvania.

Argued March 8, 1976.

Decided April 7, 1976.

John J. Dean, Lester G. Nauhaus, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Charles W. Johns, Asst. Dist. Attys., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.